# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **In re: Valsartan Products Liability Litigation** | MDL No. 2875 |
| This document relates to:<br><br>**DAVID LOOSE, Individually and as Personal Representative of the Estate of Mary Beth Maddox** | Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge |

## SHORT FORM COMPLAINT

Plaintiff files this *Short Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel. Plaintiff incorporates by reference the allegations contained in *Plaintiffs' Master Long Form Complaint and Jury Demand In re: Valsartan Products Liability Litigations,* MDL 2875 in the United States District Court for the District of New Jersey, Camden Vicinage. Plaintiff files this Short Form Complaint as permitted by Case Management Order Nos. 3, 9, and 13 of this Court.

In addition to those causes of action contained in *Plaintiffs' Master Long Form Complaint and Jury Demand,* were certain claims require specific pleadings and/or amendments, Plaintiff shall add and include them herein.

## IDENTIFICATION OF PARTIES

I. **IDENTFICATION OF PLAINTIFF(S)**

1. Name of individual who alleges injury due to use of a valsartan-containing drug: <u>Mary Beth Maddox</u>

2. **This claim is being brought on behalf of**

☐ **Myself**

☒ **Someone else**

    a.    **If I checked, "someone else", this claim is being brought on behalf of: Mary Beth Maddox**

    b.    **My relationship to the person in 2(a) is: <u>Husband</u>**

3. **Consortium Claim(s): the following individual(s) allege damages for loss of consortium: <u>David Loose</u>**

4. **County and state of residence of Plaintiff or place of death of Decedent: <u>Travis County, Texas</u>**

5. **If a survival and/or wrongful death claim is asserted:**

    a. Name of the individual(s) bringing the claims on behalf of the decedent's estate, and status (i.e., personal representative, administrator, next of kin, successor in interest, etc.): **<u>David Loose, personal representative of the estate of Mary Beth Maddox</u>**

## II.   IDENTIFICATION OF DEFENDANTS

1. Plaintiff(s) bring claims against the following Defendants:

*(\*Defendants with asterisks next to their names have been dismissed pursuant to a dismissal and tolling stipulation entered by the parties. By checking the box next to any asterisked Defendant(s), Plaintiff thereby represents that he or she would have brought an action against said Defendant(s) but for the dismissal and tolling stipulation.)*

    *i.   API Manufacturers*

| | **Defendant Role** | **Defendant Name** | **HQ States** |
|---|---|---|---|
| ☒ | API Manufacturer | Aurobindo Pharma, Ltd. | Foreign |
| ☒ | API Manufacturer Parent Corporation | Hetero Drugs, Ltd. | Foreign |
| ☒ | API Manufacturer | Hetero Labs, Ltd. | Foreign |
| ☒ | API Manufacturer | Mylan Laboratories Ltd. | Foreign |
| ☒ | API Manufacturer | Zhejiang Huahai Pharmaceutical Co. Ltd. | Foreign |
| ☒ | API Manufacturer | John Doe | N/A |

## ii. Finished Dose Manufacturers

|  | **Defendant Role** | **Defendant Name** | **HQ States** |
|---|---|---|---|
| ☒ | Finished Dose Manufacturer | Aurobindo Pharma, Ltd. | Foreign |
| ☒ | Finished Dose Manufacturer | Aurolife Pharma, LLC | Foreign |
| ☒ | Finished Dose Manufacturer | Hetero Labs, Ltd. | Foreign |
| ☒ | Finished Dose Manufacturer | Mylan Laboratories Ltd. | Foreign |
| ☒ | Finished Dose Manufacturer | Teva Pharmaceutical Industries Ltd. | Foreign |
| ☒ | Finished Dose Manufacturer | Torrent Pharmaceuticals, Ltd. | Foreign |
| ☒ | Finished Dose Manufacturer | Zhejiang Huahai Pharmaceutical Co. Ltd. | Foreign |
| ☒ | Finished Dose Manufacturer | John Doe | N/A |

## iii. Repackagers, Labelers, and Distributors

|  | **Defendant Role** | **Defendant Name** | **HQ States** |
|---|---|---|---|
| ☒ | **Labeler/ Distributor** | Aceteris, LLC | NJ |
| ☒ | **Finished Dose Distributor** | Actavis LLC | NJ |
| ☒ | **Finished Dose Distributor** | Actavis Pharma, Inc. | NJ |
| ☒ | **Repackager** | A-S Medication Solutions, LLC | NE |
| ☒ | **Finished Dose Distributor** | Aurobindo Pharma USA, Inc | NJ |
| ☒ | **Repackager** | AvKARE, Inc. | TN |
| ☒ | **Repackager** | Bryant Ranch Prepack, Inc. | PA |
| ☒ | **Labeler/ Distributor** | Camber Pharmaceuticals, Inc. | NJ |
| ☒ | **Parent Company for The Harvard Drug Group, L.L.C. d/b/a Major Pharmaceuticals** | Cardinal Health, Inc. | OH |
| ☒ | **Repackager** | The Harvard Drug Group, L.L.C. d/b/a Major Pharmaceuticals | MI |
| ☒ | **Repackager** | HJ Harkins Co., Inc. | CA |
| ☒ | **API Distributor** | Huahai U.S. Inc. | NJ |

| | | | |
|---|---|---|---|
| ☒ | **Repackager** | Northwind Pharmaceuticals | IN |
| ☒ | **Repackager** | NuCare Pharmaceuticals, Inc. | CA |
| ☒ | **Repackager** | Preferred Pharmaceuticals, Inc. | CA |
| ☒ | **Repackager** | RemedyRepack, Inc. | PA |
| ☒ | **Finished Dose Distributor** | Solco Healthcare U.S., LLC | NJ |
| ☒ | **Finished Dose Distributor** | Teva Pharmaceuticals USA, Inc. | PA |
| ☒ | **Finished Dose Distributor** | Torrent Pharma, Inc. | NJ |
| ☒ | **Labeler/Distributor/Repackager** | John Doe | N/A |

### iv.    *Wholesaler Defendants*

| | **Defendant Role** | **Defendant Name** | **HQ States** |
|---|---|---|---|
| ☒ | **Wholesaler** | AmerisourceBergen Corporation | PA |
| ☒ | **Wholesaler** | Cardinal Health, Inc. | OH |
| ☐ | **Wholesaler** | McKesson Corporation | TX |
| ☒ | **Wholesaler** | John Doe | N/A |

### v.    *Pharmacies*

| | **Defendant Role** | **Defendant Name** | **HQ States** |
|---|---|---|---|
| ☐ | **Pharmacy** | Albertsons Companies, LLC | ID |
| ☒ | **Parent Corporation for Express Scripts, Inc. and Express Scripts Holding Co.** | Cigna Corporation | CT |
| ☐ | **Pharmacy** | CVS Health | RI |
| ☒ | **Parent Corporation for Express Scripts, Inc.** | Express Scripts Holding Company | MO |
| ☒ | **Pharmacy** | Express Scripts, Inc. | MO |
| ☐ | **Parent Corporation for Humana Pharmacy, Inc.** | Humana Inc. | KY |
| ☐ | **Pharmacy** | Humana Pharmacy, Inc. | KY |
| ☐ | **Pharmacy** | The Kroger Co. | OH |
| ☒ | **Pharmacy** | OptumRx | CA |
| ☒ | **Parent Corpoation for OptumRx** | Optum, Inc. | MN |

| | | | |
|---|---|---|---|
| ☐ | **Pharmacy** | Rite Aid Corp. | PA |
| ☒ | **Parent Corporation for OptumRx and Optum, Inc.** | UnitedHealth Group | MN |
| ☒ | **Pharmacy** | Walgreens Boots Alliance | IL |
| ☐ | **Pharmacy** | Walmart Inc. | AR |
| ☒ | **Pharmacy** | John Doe | N/A |

   *vi.*     *FDA Liaisons*

| | **Defendant Role** | **Defendant Name** | **HQ States** |
|---|---|---|---|
| ☒ | **FDA Liaison** | Hetero USA, Inc. | NJ |
| ☒ | **FDA Liaison** | Prinston Pharmaceutical Inc. | NJ |
| ☒ | **FDA Liaison** | John Doe | N/A |

### III. JURISDICTION AND VENUE

**7. Jurisdiction is based on:**

    ☒    **Diversity of Citizenship**

    ☐    **Other as set forth below:** _____
_____
_____

**8. Venue: District and Division in which remand and trial is proper and where you might have otherwise filed the Short Form Complain, absent the Direct Filing Order entered by this Court:** <u>Western District of Texas</u>

### IV. PLAINTIFF'S INJURIES

**9. Injuries: Plaintiff was diagnosed with the following type of cancer:**

| | | | |
|---|---|---|---|
| ☐ | **Liver** | ☐ | **Kidney** |
| ☐ | **Stomach** | ☐ | **Colorectal** |
| ☒ | **Pancreatic** | ☐ | **Esophageal** |

| ☐ | **Small Intestine** | ☐ | **Other:** |
|---|---|---|---|

## CAUSES OF ACTION

**10.** Plaintiff(s) hereby adopt and incorporate by reference the *Master Long Form Complaint and Jury Demand* as if fully set forth herein.

**11.** The following claims and allegation asserted in the *Master Long Form Complaint and Jury Demand* are herein adopted by Plaintiff:

☒　　**Count I:**　　**Strict Liability – Manufacturing Defect**

☒　　**Count II:**　　**Strict Liability – Failure to Warn**

☒　　**Count III:**　　**Strict Liability – Design**

☒　　**Count IV:**　　**Strict Liability – Negligence**

☒　　**Count V:**　　**Strict Liability – Negligence Per Se**

☒　　**Count VI:**　　**Strict Liability – Breach of Express Warranty**

☒　　**Count VII:**　　**Strict Liability – Breach of Implied Warranty**

☒　　**Count VIII:**　　**Strict Liability – Fraud**

☒　　**Count IX:**　　**Strict Liability – Negligent Misrepresentation**

☒　　**Count X:**　　**Strict Liability – Breach of Consumer Protection Statutes of the state(s) of Texas**

☒　　**Count XI:**　　**Wrongful Death**

☒　　**Count XII:**　　**Survival Action**

☒　　**Count XIII:**　　**Loss of Consortium**

☒　　**Count XIV:**　　**Punitive Damages**

☐　　　　　　**Other State Law Causes of Action as Follows:**
_____
_____
_____

**12. Fraud Count:** Plaintiff adopts, incorporates and relies upon the allegations made in the Master Complaint. Any additional Plaintiff-specific allegations as to the Fraud Count must be set forth here:
_____

_____
_____

13. **Express Warranty Count:** Plaintiff adopts, incorporates, and relies upon the allegations made in the Master Complaint. Any additional Plaintiff-specific allegations as the Express Warranty Count must be set forth here:

14. **Plaintiff(s) further bring claims against the following additional Defendants who are not listed above, and such claims are based upon the following grounds:**

**WHEREFORE,** Plaintiff(s) pray for relief and demand a trial by jury as set forth in the Plaintiffs' Master Long Form Complaint in MDL 2875 in the United States District of New Jersey.

Dated: December 12, 2019

Respectfully submitted,
COHEN PLACITELLA & ROTH, PC

/s/Dennis Geier
Christopher Placitella
Dennis Geier
dgeier@cprlaw.com
127 Maple Avenue
Red Bank, New Jersey 07701
Telephone: (732) 747-9003
Facsimile: (732) 747-9004

-and-

HENDLER FLORES LAW, PLLC

Scott M. Hendler
shendler@hendlerlaw.com
1301 West 25th Street, Suite 400
Austin, Texas 78705
Telephone: (512) 439-3200
Facsimile: (512) 439-3201

***ATTORNEYS FOR PLAINTIFFS***